ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **MIDWEST OF CANNON FALLS, INC.,** | ) | |
| | ) | **Civil Action No. 01 CV 2004 DSD/JMM** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **GLOBAL INNOVATIONS, LLC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter coming before the Court on the parties' Joint Motion to Extend Time for Defendant to Appear and Respond to Complaint, **IT IS HEREBY ORDERED** that the motion is granted, and defendant Global Innovations, LLC., shall appear and answer or otherwise respond to plaintiff's Complaint on or before April 16, 2002.

Dated: 3/2_, 2002

John M. Mason
United States Magistrate Judge

FILED APR 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK