**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Midwest of Cannon Falls, Inc.,**

**Plaintiff,**

**v.**

**Global Innovations, LLC,**

**Defendant.**

**Civil No. 01-2004 DSD/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: July 2, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

JUL 0 2 2002
FILED ____________
Richard D. Sletten, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

Midwest of Cannon Falls, Inc.

Vs. 01-2204DSD/JGL

Global Innovations

Pursuant to an Order of Recusal by Magistrate Judge Susan R. Nelson, the above-case has been re-assigned to Chief Judge Magistrate Jonathan G. Lebedoff. Please note the change in the MJ initials above and refer to them when submitting materials to the court.