/

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**MIDWEST OF CANNON FALLS, INC.,**

**Plaintiff,**

**vs.**

**GLOBAL INNOVATIONS, LLC,**

**Defendant.**

---

**Civil Action No. 01-CV-2004 DSD/JGL**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated that the above-captioned matter is dismissed with prejudice and on the merits without costs to any party herein; and that the Court is hereby authorized to enter an Order for Judgment of Dismissal With Prejudice without costs or attorneys' fees to any party herein, and without any further notice to any party herein.

Dated: January 31, 2003

Rita O'Keeffe

Susan M. Robiner (#169609)
Rita A. O'Keeffe (#306873)

LEONARD, STREET AND DEINARD
Suite 2300
150 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 335-1500

ATTORNEYS FOR PLAINTIFF
MIDWEST OF CANNON FALLS, INC.



FILED FEB 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 30, 2003

Kristin J. Achterhof
KATTEN MUCHIN ZAVIS ROSENMAN
525 West Monroe Street, Suite 1600
Chicago, IL 60661-3693
Telephone: (312) 902-5200

Donald W. Niles, Esq. (#160684)
PATTERSON, THUENTE, SKAAR
& CHRISTENSEN, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100
Telephone: (612) 349-3007

ATTORNEYS FOR DEFENDANT
GLOBAL INNOVATIONS, LLC

**ORDER**

Based upon the foregoing Stipulation of Dismissal with Prejudice, it is hereby ordered that this case is dismissed with prejudice and without costs or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 10, 2003

David S. Doty
Judge of United States District Court